Exhibit(H)
P92

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: 

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

I Can go Without Witnessing for Childs. E. & Brown for that Attack on the yard due to Inmate childs saying you see what happend to me on the yard and me Being someone to see what happend on the yard and a garuantee to Childs. E. Also Known As Hucklebucks To me and other Inmates due to not Knowing his first name, I Call him that, But Childs. E. Was truely defending himself at all times and the force or Violence. B. 3005.(d)(1). Should be applied for the fight(s), the same as Was Applied to me Before a D.A. Referral Is Serued: Witness: Edund Vaughn. BK3720 To the Recordes and also Grieuant due to Snitched on the Opposite(s) to Stand up for a partied(s) that Was Victimized on the yard. (Wright ##### 05 2021 (5)

Grievant Signature: Vaughn. E                     Date Submitted: May. 24. 2021.

**SECTION D: HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**     Is a CDCR 602 HC A attached? ☐ Yes     ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):     Date: _____     Date: _____

☐ Withdrawn (see section E)     ☐ Accepted

☐ Amendment     Date: _____

Interview Conducted?     ☐ Yes ☐ No     Date of Interview: _____     Interview Location: _____

Interviewer Name and Title (print): _____     Signature: _____     Date: _____

**Disposition:** See attached letter     ☐ Intervention     ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: _____

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

_____

Grievant Signature: _____     Date Submitted: _____

Staff Name and Title (Print): _____     Signature: _____     Date: _____

**S T A F F   U S E   O N L Y**

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

40

EXHIBIT "I"

(14) pages

41

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

Exhibit # I   Pg1

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): CHILDS, EARL | CDC Number: F14068 | Unit/Cell Number: TC2 - B9 | Assignment: PIP |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

OFFicial Complaint / Conspiracy to Commit assault

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON ThiS DATE OF may 25th 2021 while I was at yard (I/m Brown) Attempted to assault me while I was removing my sunglasses, I/m Brown hit me twice in the face & made a statement

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I am requesting to make an Complantion Camera: dout this, my witnesses spoke to; monetary Compensatic for violating my U.S. civil Rights as an (A.D.A) I/m -

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____

_____

☑ No, I have not attached any supporting documents. Reason: DUE TO PIP

_____

Inmate/Parolee Signature: Earl Childs   Date Submitted: 5/25/21

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only          Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date:_____ Date:_____ Date:_____
☐ Cancelled (See attached letter) Date:_____
☐ Accepted at the First Level of Review.

Assigned to:_____ Title:_____ Date Assigned:_____ Date Due:_____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview:_____ Interview Location:_____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer:_____ Title:_____ Signature:_____ Date completed:_____

Reviewer:_____ Title:_____ Signature:_____
          (Print Name)                    (Print Name)

Date received by AC:_____

AC Use Only
Date mailed/delivered to appellant _____/_____/_____

42

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____     Date Submitted: _____

**E. Second Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____     Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____  Title: _____  Signature: _____  Date completed: _____
(Print Name)

Reviewer: _____  Title: _____  Signature: _____
(Print Name)

Date received by AC: _____

**AC Use Only**
Date mailed/delivered to appellant ___/___/___

**F.** If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____     Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review:  Your appeal issue is  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other:
See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____  Date: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

EX I 2 pg

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | | | Side I |
| | | | *FOR STAFF USE ONLY* | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| CHILDS, EARL | F46068 | TC2 139 | DPP |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** saying this was for the C/o's. In the mist of getting hit in my Face 2X's I restrained I/M Brown, and called numerous of times for the C/o's that was suppose to be watching the YARD to come get #I/M Brown, after two minutes of calling for help the C/o's on 2nd watch TC2 Entered the YARD and seen I was attempting to restraint I/M Brown And threw 1) CaN Bomb, I let Brown Go There was No alarm pressed Due To The incident, $ I told The officers what took place, This is retaliation, against Me $ upon my life DUE To being a witness for two other I/M's (SwaNseN & SaxtuN) the I/M Brown made a spontaneous statement he was paid to get me or & nobody else would step up and do it, my witnesses are (Vaughn-BA3720) Clark-E73520 Also All The C/o That I was on 2nd watch; Brown said C/o GASCA & other C/o's sent him at me, I never seen I/M Brown or talked 2 him. I Feel my life is endanger This was an attempt on my life. Due to pass issues This is a violation of my U.S. Constitution 8th amendment

Inmate/Parolee Signature: _E / Childs_          Date Submitted: 5/25/21

**B. Continuation of CDCR 602, Section B only (Action requested):** refusing to Either Be moved From around ~~The~~ C/o GASCA DUE To I/M Brown stating he was paid by C/o GASCR And For This To Be investigated by Office of (OIA) And Have The right To Be protected. Also I want to have it investigated why No Alarm was pushed & Why No Staff of medical or C/o was watching The mental health YARD when this took place. No reprisal for writing this Also A new 7219 Done. I believe my life will continue to be at endanger Due to this, Also my RVR postponed until this is investigated.

Inmate/Parolee Signature: _Earl Childs_          Date Submitted: 5/25/21

44

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

Inmate/Parolee Signature: _____    Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

Inmate/Parolee Signature: _____    Date Submitted: _____

45



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** CHILDS, EARL                    **CDC#:** F14068

**Date:** 06/02/2021

**Current Location:** SVSP-Facility I              **Current Area/Bed:** I 002B1025001L

**From:** Office of Grievances at Salinas Valley State Prison

**Re:** Log # 000000121983

### Emergency Detected

Upon review, it was determined that one or more claims in your grievance contained information concerning personal safety, institutional security, or sexual misconduct. Therefore, it was provided to the appropriate administrator at Salinas Valley State Prison so that your claim(s) could be addressed quickly.

Salinas Valley State Prison should have notified you of its course of action to address your claim(s) within five business days after it received your grievance. If you did not receive a notification contact your counselor or agent.                    ### Grievance Receipt

The California Department of Corrections and Rehabilitation Office of Grievances at Salinas Valley State Prison received your grievance on 05/26/2021. Your claim(s) has been assigned to a reviewer for processing, except for the following:

### Claim # 003:

Your matter concerning Offender Services;Request for Interview, Item, Assistance or Service has been reviewed and is outside the scope of the grievance process. The Office of Grievances has redirected your claim. Your request will be addressed by appropriate staff at Salinas Valley State Prison as determined by the Reviewing Authority.

### Claim # 004:

Upon review, the Office of Grievances determined that this claim concerning Offender Services;CCHCS falls within the jurisdiction of the California Correctional Health Care Services Division. Therefore, the Office of Grievances redirected this claim to this institution's Health Care Grievance Coordinator for review and processing in accordance with its governing regulations.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review of the remaining claim(s) no later than 07/26/2021.



EXHIBIT 4
I



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

Re: Grievance Claims Decision Response

Offender Name: CHILDS, EARL
CDC#: F14068

Current Location: CHCF-Facility B

Date: 07/21/2021

Current Area/Bed: B 305A1 - 117001L

Log #: 000000121983

---

**Claim #: 001**

**Institution/Parole Region of Origin:** Salinas Valley State Prison
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance

**Facility/Parole District of Origin:** SVSP-Facility I

**Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at SVSP-Facility I received your claim on 05/26/2021.

California Code of Regulations, title 15, provides CDCR Office of Grievances 60 calendar days to complete a response.

Although 60 calendar days have passed since your claim concerning General Employee Performance;Substandard Performance was received, your claim is still under inquiry or investigation. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You will be notified once the inquiry or investigation of the issue concerning your claim has been completed, but the notification will be outside of the timeframe of the Grievances and Appeals Process. You do not need to resubmit this claim to CDCR.

**Decision: Under Investigation**

---

**Claim #: 002**

**Institution/Parole Region of Origin:** Salinas Valley State Prison
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Safety and Security

**Facility/Parole District of Origin:** SVSP-Facility I

**Sub-Category:** Use of Force

**I. CLAIM**

Childs alleges Officer Gasca in TC2 paid Inmate Brown to attack him on May 25, 2021, then left the yard unmanaged putting him in danger when Inmate Brown attacked him. Officers responded, did not activate an alarm used unnecessary force on him when he was asking for help.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

California Code of Regulations Title 15  3268 Use of Force
SVSP Operational Procedures 39B CTC-PIP Custody Operations

**B. DOCUMENTS CONSIDERED**

Video Interview with Inmate Childs on May 26, 2021
California Code of Regulations (CCR) Title 15 3268 Use of Force
Strategic Offender Management System (SOMS) Incident Log Number 22791

EXhibiT (5)
I

Central Services Daily Activity Record (DAR) for second watch May 25, 2021

### III. REASONING AND DECISION

A thorough inquiry was completed. A review all documentation, inmate and staff interviews, showed no evidence to support the allegations of Inmate Childs.
All documentation confirms Officer Gasca was in compliance with the departments Use of Force policy. There was no evidence discovered of misconduct from any departmental staff. There is no action recommended as a result of this grievance.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| E. Borla [BOED005] | CDW (A) | 07/16/2021 |

### Claim #: 003

**Institution/Parole Region of Origin:** Salinas Valley State Prison

**Housing Area/Parole Unit of Origin:**

**Facility/Parole District of Origin:** SVSP-Facility I

**Category:** Offender Services

**Sub-Category:** Request for Interview, Item, Assistance or Service

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Salinas Valley State Prison received your request. We determined that your request for an interview, item, assistance, or service, is outside the scope of the grievance process.

Your request has or will be addressed by appropriate staff at Salinas Valley State Prison as determined by the Reviewing Authority.

**Decision: Redirected**

### Claim #: 004

**Institution/Parole Region of Origin:** Salinas Valley State Prison

**Housing Area/Parole Unit of Origin:**

**Facility/Parole District of Origin:** SVSP-Facility I

**Category:** Offender Services

**Sub-Category:** CCHCS

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation Office of Grievances at SVSP-Facility I received your claim. We determined that the claim fell within the jurisdiction of the California Correctional Health Care Services Division. The Health Care Grievance Coordinator will respond separately in accordance with their governing regulations. The Office of Grievances will not provide any further response to this claim.

**Decision: Redirected**

48          21-CV-09466JSW

Exhibit
I

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Appeal #: _____  Date Received: _____ |
|---|---|
| | Date Due: _____ |
| | Categories: _____ |
| | Grievance #: _____ 121448 _____ |

Claimant Name: **Childs Earl**    CDCR #: **F-14068**

Current Housing/Parole Unit: **CHCF-FB**    Institution/Facility/Parole Region: **CHCF-Stockton**

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #s:

REC BY OOA

AUG 02 2020
2021 CC

_This is the process to appeal the decision made regarding a claim that is not listed above._

Claim #: **2**

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

I am dissatisfied with the response I was given because C/o H. Gasca allowed Im Brown to attack me for 3 minutes while I called for help & failed to follow proper procedures by being (PIP/mental health yard official) the left the yard unmanaged and he acted with sufficiently culpable state of mind he's liable for denying (me) the right to be safe by disregarding the Risk & Danger I faced by leaving the yard unmanaged & by failing to take reasonable measures to protect me. He acted with "Delib-erate Indifference" resulted in a due process violation when he failed to protect me from harm inflicted by another inmate (Brown) C/O H. Gasca "failed to intervene for over 2 minutes; I suffered injuries to my eyes, face, knee's & mental & emotional distress, humiliation emotional distress (C/o H. Gasca acted with reckless & callous disregard to my 8th, 5th, 14th amend/ment rights. monetary compensation $ 50,000 ⁰⁰

Are there documents that would be helpful to support your position? Attach copies of those documents. If you don't have the documents, identify them as best you can below:

I don't have my property, but the documents to support my position is the RVR on (5-25-21 Y) the Final Copy which the RVR was dropped. See IM Vaughn BA3720 Medical wit on 5-26-21); see My Childs video Interview on 6/26/21 (Both) 721991 - Also see the SVSN (DAR) on 5-25-2021. See; Farmer V. Brennan, 511 U.S. 825, 938-42 (1994)(Hudson Vs. McMillian)

Monetary Compensation for this under 1983 = $50,000⁰⁰ violating my rights

**DISTRIBUTION**    **Original:** Claimant's File    **Copies:** DAI, DAPO, and Claimant

(17)
49

21-CV-09466 JSW

Exhibit (75)

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #: ___3___

Explain the reason for your appeal. Be as specific as you can.

I am dissatisfied with the response I was given because _My Rights were violated and_
_SUSO Determined that my request for an interview item_
_assistance a service is outside the scope of the grievance_
_process I am requesting monetary compensation for the_
_May 25th, 2021 Attack K.13 for the busp official H.Casca_
_leaving the IAED unmanaged putting My life in danger and_
_risk of Exhaust my color Remedies._

Are there documents that would be helpful to support your position? Attach copies of those documents. If you don't have the documents, identify them as best you can below:

_SEF Claim2 Attached Documents_

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Earl Clubb Fluoee_          Date Signed: _7-28-2021_

MAIL TO:
Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento  CA 95311

50

(8)
(P6)

2ND
Level

EXHIBIT (I)


CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

## CLAIMANT APPEAL CLAIMS DECISION RESPONSE

Re:  Appeal Claims Decision Response

**Offender Name:**  CHILDS, EARL                                      **Date:**  10/02/2021
**CDC#:** F14068
**Current Location:**  CHCF-Facility B                          **Current Area/Bed:**  B 305A1 - 117001L

**Log #:**  000000121983

| |
|---|
| **Claim #  002** |

**Institution/Parole Region of Origin:** Salinas Valley State Prison         **Facility/Parole District of Origin:**  SVSP-Facility I
**Housing Area/Parole Unit of Origin:**
**Category:**  Offender Safety and                    **Sub-Category:**   Use of Force
Security

### I. ISSUE ON APPEAL

It is appellant's position that on May 25, 2021, while on the recreational yard, another inmate battered appellant while stating "this was for the C/O's."
While appellant restrained the other inmate, responding staff threw "1) can bomb" and appellant let the inmate go. Appellant contends the other inmate
made the spontaneous statement that he (other inmate) was paid to get appellant after nobody else would.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3000, 3001, 3004, 3268, 3270, 3380, 3391 and 3484; Department Operations Manual, section 54020.4

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #121983; Incident Report, Log #22791; the use of force documents (including the Institutional Executive Review Committee)

### III. REASONING AND DECISION

According to the comments in the Offender Grievance Tracking system, appellant claims as outlined in claim #2 were referred to the Allegation Inquiry
Management Section for review. The issues identified surround an allegation that the inmate battery was on behalf of staff and that staff had used
unnecessary force. The Office of Appeals reviewed Incident Report, Log #22791, which contained a CDCR Form 3013-2, was reviewed by the Institutional
Executive Review Committee on August 18, 2021. However, the Office of Appeals was informed that the Allegations Inquiry Management Section has not
completed the review of the matter. Also, appellant was provided a determination that staff did not violate policy, which may not be accurate. For this
reason, claim #2 is granted.

### IV. REMEDY

The institution shall reopen a new Offender Grievance Tracking log number for review. The institution shall provide appellant with an accurate response to
the issues identified in claim #2, which will include waiting until the Allegations Inquiry Management Section is complete with the review. Once the
Allegation Inquiry Management Section is complete, the institution shall have the use of force allegations identified by the Office of Grievances reviewed by
the Institutional Executive Review Committee. Pursuant to the Department Operations Manual, section 54020.4, "The IERC is a committee of institution staff
chaired by the respective Institution Head tasked with reviewing all uses of force and every allegation of excessive or unnecessary force. The IERC is the
final institutional level of review."

**Decision: Granted**

Exhibit (I) (9 pg)    2ND Level

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 10/01/2021 |

**Claim # 003**

**Institution/Parole Region of Origin:** Salinas Valley State Prison    **Facility/Parole District of Origin:** SVSP-Facility I

**Housing Area/Parole Unit of Origin:**

**Grievance Claim Category:** Offender Services    **Grievance Claim Sub-Category:** Request for Interview, Item, Assistance or Service

**Appeal Claim Category:** Offender Services    **Appeal Claim Sub-Category:** Other Services - NOS

**I. ISSUE ON APPEAL**

The Office of Grievances determined claim #3 would address appellant's alleged safety concerns.

**II. RULES AND REFERENCES**

    **A. CONTROLLING AUTHORITY**

    Title 15, section 3000, 3001, 3270, 3380 and 3483

    **B. DOCUMENTS CONSIDERED**

    CDCR Form 602, Log #121983; CDCR Form 128-B, dated May 26, 2021

**III. REASONING AND DECISION**

Appellant's overall issues appear to be concerning both another inmate and staff actions. While a safety concern against another inmate would meet the criteria found in Title 15, section 3486, based on the CDCR Form 602 and the information in the CDCR Form 128-B listed above, the Office of Appeals is unable to determine if appellant is claiming safety concerns of against staff or the inmate. For this reason, this claim is granted.

**IV. REMEDY**

The institution shall open conduct a follow up interview with appellant pursuant to Title 15, section 3483 to determine if appellant's alleged safety issues are with staff or inmates. Should the institution find the alleged safety issues were with inmates, the claim was appropriately redirected and the institution shall write a more specific CDCR Form 128-B. However, if the alleged safety issues are against staff, the institution shall document this fact in the appropriate manner.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 10/01/2021 |

(19)

52

21-CV-09466 JSW

Exhibit
(I)
Page
(0)

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 1

| IAB USE ONLY | Institution/Parole Region: | Log # | Category |
|---|---|---|---|

173194

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Child, Earl | F-14068 | CRB-305A1 | |

1. State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):

OCA grant

B. Action requested (If you need more space, use Section B of the CDCR 602-A):

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory: CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: _____ Date Submitted: 10/8/21

☐ **By placing my initials in this box, I waive my right to receive an interview.**

RECEIVED OCT 0 8 2021
STAFF USE ONLY

**C. First Level - Staff Use Only** Staff - Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date:
☐ Accepted at the First Level of Review.
Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

| Interviewer: | (Print Name) | Title: | Signature: | Date completed: |
|---|---|---|---|---|
| Reviewer: | (Print Name) | Title: | Signature: | Title: |

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant _____

53

Exhibit ( 11 )
( I )

3rd level

STATE OF CALIFORNIA
**REQUEST TO IMPLEMENT REMEDIES**
CDCR 602-3 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| STAFF USE ONLY | Grievance or Appeal #: _121983_    Date Received: _____ |
|---|---|
| | Date Due: _____ |
| | Categories: _____ |

_This is the process to ask for a granted or approved remedy to be provided to you._

Claimant Name: _____    CDCR #: _F14118_

Current Facility/Parole District: _____    Current Area/Bed/Parole Unit: _B RSA 109_

Claim #: _2, 3_

Decision: APPROVED [or] (GRANTED)

Institution/Parole Region of Origin: _____    Current Facility/Parole District of Origin: _____

Housing Area/Parole Unit of Origin: _____

Category: _____    Sub-Category: _____

Remedy Approved [or] Granted: _____    Due Date for Implementation: _DEC 0 6 2021_

> **This form shall be submitted by mail to:**
> Office of Appeals
> Remedies Compliance Coordinator
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

I, _____, assert that 30 days has passed from the due date for implementation of the
      Name of Claimant

remedy approved (or granted) for the claim referenced above. As a result, I am hereby submitting a request to implement

the outstanding remedy.

Please note that this form will not be returned to you.

Claimant Signature: _____    Date Signed: _10 11 21_

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant

(20)  54

21-CV-09466JSW

EXHIBIT (12 PAGE
(I)

3rd level

State of California

# Memorandum

Department of Corrections and Rehabilitation

Office of Appeals

To:    **Claimant**

Subject: **Modified Response Date**

Attached to this memorandum is a copy of a letter from the Office of Appeals informing you that
your claim has been assigned to an institutional or regional Office of Grievances for review and a
written response. This memorandum serves as notice that the deadline provided in the letter for
the response to your claim has been modified and will instead be as follows:

DEC 0 6 2021

(21)  SS    21-CV-09466 JSW





CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

---

## CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** CHILDS, EARL                                    **Date:** 12/08/2021
**CDC#:** F14068

**Current Location:** CHCF-Facility B                              **Current Area/Bed:** B 305A1 - 117001L

**Log #:** 000000173194

---

**Claim #: 001**

**Institution/Parole Region of Origin:** Salinas Valley State Prison          **Facility/Parole District of Origin:** SVSP-Facility I
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Safety and Security              **Sub-Category:** Use of Force

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at Salinas Valley State Prison received your claim on 10/08/2021.

California Code of Regulations, title 15, provides CDCR Office of Grievances 60 calendar days to complete a response.

Although 60 calendar days have passed since your claim concerning Offender Safety and Security;Use of Force was received, your claim is still under inquiry or investigation. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You will be notified once the inquiry or investigation of the issue concerning your claim has been completed, but the notification will be outside of the timeframe of the Grievances and Appeals Process. You do not need to resubmit this claim to CDCR.

**Decision: Under Investigation**

---

56

Exhibit (I) 3rd level
Pg

State of California

Department of Corrections and Rehabilitation
Office of Appeals

# Memorandum



To:       Claimant

Subject:  **DECISION ON APPEAL – GRANTED**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(2), the Office of Appeals has granted one or more of the claims you submitted on your CDCR Form 602-2 (see attached decision letter).

Pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director

EXHIBIT "J"

7 pages

58

Exhibit J

P91

| CDCR | INCIDENT REPORT PACKAGE | PAGE: 3 |
|---|---|---|
| REPORT NO. IRTR161 - 12 | | PROCESSED: 10/04/2022 08:38 |
| | INCIDENT LOG NUMBER: 000000000022791 | REQUESTOR: R. Alvarez |

### STAFF INVOLVED

| | |
|---|---|
| ASSIGNED INSTITUTION/PAROLE REGION: SVSP - Salinas Valley State Prison | STAFF NAME: Aragon, Otto |
| ASSIGNED FACILITY/PAROLE UNIT: SVSP-I - SVSP-Facility I | TITLE: SERGEANT |
| | STAFF TYPE: Peace Officer |

POST DESCRIPTION: 260371 I PROGRAM SGT
CELL FRONT USE OF FORCE: Not Applicable

### INVOLVEMENT TYPE

Response Supervisor

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

TREATMENT:                    LOCATION CARE PROVIDED:

| REPORTABLE DEATH: Not Applicable | MANNER OF DEATH: |
|---|---|
| DATE OF DEATH: | |

### STAFF VEHICLE INVOLVED

| STAFF VEHICLE INVOLVED: Not Applicable | PLATE #: |
|---|---|
| VEHICLE TYPE: Not Applicable | VEHICLE YEAR: |
| MAKE: | MODEL: |
| COLOR: | |

59

(2)(Exhibit S)

**INCIDENT REPORT PACKAGE**

INCIDENT LOG NUMBER: 000000000022791

PAGE:    8
PROCESSED: 10/04/2022  08:38
REQUESTOR: R. Alvarez

### STAFF INVOLVED

ASSIGNED INSTITUTION/PAROLE REGION: SVSP - Salinas Valley State Prison
ASSIGNED FACILITY/PAROLE UNIT: SVSP-I - SVSP-Facility I

STAFF NAME: Coronado-Rodriguez, Miguel
TITLE: OFFICER
STAFF TYPE: Peace Officer

POST DESCRIPTION: 263101 I SEC PAT
CELL FRONT USE OF FORCE: Not Applicable

### INVOLVEMENT TYPE

Escort
Responder

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

TREATMENT:                LOCATION CARE PROVIDED:

REPORTABLE DEATH: Not Applicable          MANNER OF DEATH:
DATE OF DEATH:

### STAFF VEHICLE INVOLVED

STAFF VEHICLE INVOLVED: Not Applicable      PLATE #:
VEHICLE TYPE: Not Applicable      VEHICLE YEAR:
MAKE:                MODEL:
COLOR:

60

*(PAGE (3) EXHIBIT F)*

### STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison    **STAFF NAME:** Gasca, Hector
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-I - SVSP-Facility I    **TITLE:** OFFICER
    **STAFF TYPE:** Peace Officer

**POST DESCRIPTION:** 263021 RO259 I 2 FLR 1
**CELL FRONT USE OF FORCE:** Not Applicable

### INVOLVEMENT TYPE

Primary
Force Used
Escort

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| OC - Blast Grenade | 1 | Effective |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:**                    **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:** Not Applicable    **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:** Not Applicable    **PLATE #:**
**VEHICLE TYPE:** Not Applicable    **VEHICLE YEAR:**
**MAKE:**    **MODEL:**
**COLOR:**

*61*

( EXHIBIT 5 ) Pg 4

CDCR
REPORT NO. IRTR161 - 12

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000022791

PAGE:    17
PROCESSED: 10/04/2022  08:38
REQUESTOR: R. Alvarez

## STAFF NARRATIVE

| STAFF NAME: Aragon, Otto | NARRATIVE TYPE: Initial Report |
|---|---|
| CREATED DATE: 05/25/2021 | CREATED TIME: 15:28:10 |

### NARRATIVE

On May 25, 2021 at approximately 1144 hours while conducting my duties as I Program Sergeant I responded to a Code 1 Alarm announced via the institutional radio system, the Code 1 was announced to be located in the Treatment Center 2 (TC2) Recreational Yard. I arrived at the TC2 Recreational Yard and witnessed Inmate Brown (BL3696-TC2-C16) and Inmate Childs (F14068 TC2 B9) face down in a prone position with handcuffs placed on them. I was informed by Officer H. Gasca that both inmates were involved in a fight and he utilized an OC Blast Grenade to quell the incident. I instructed Officer J. Servin and Officer S. Springer to escort Inmate Brown to the TC2 Treatment room. After Inmate Brown had been escorted from the Recreational Yard to the TC2 Treatment Room I instructed Officer M. Coronado and Officer Gasca to escort Inmate Childs to the TC2 Treatment Room. Inmate Brown was medically evaluated by Registered Nurse (RN) T. Taping who also completed a CDCR 7219 for him. Inmate Brown was escorted to the C-Wing shower and afforded the opportunity to decontaminate with cool running water. Officer Springer conducted a search of the C-wing shower prior to being placed inside of the shower the searched yielded no contraband. Officer Springer utilized his ungloved hand to check for the shower for the availability of cool running water, cool running water was available. Inmate Brown was placed inside the shower and the door was secured Officer Servin conducted an unclothed body search of Inmate Brown with no contraband being found. Officer Springer exchanged Inmate Browns contaminated clothing and exchanged it with clean clothing. Inmate Brown was decontaminated and escorted back to his assigned housing without further incident. Inmate Childs was medically evaluated by RN O. Zavala who also completed a CDCR 7219 for Inmate Childs. Inmate Childs was afforded the opportunity to decontaminate but refused, he was escorted back to his assigned housing. After been secured in his assigned housing Officer Gasca conducted an unclothed body search with no contraband found. The Recreational Yard was cleaned by PIA Inmate Workers utilizing water and soap. Inmates that were not involved in the incident but were in close proximity to the contaminated area were asked if they wished to decontaminate, no inmate chose to be decontaminated. Both Inmate Brown and Childs were interviewed to determine if any enemy situation exited due to this incident however both Inmate stated they could safely program with one another in TC2 and have no enemies in TC2 a CDCR Compatibility Chrono was generated and both Inmates signed it. I then returned to my assigned duties.

O. Aragon
STAFF SIGNATURE

DATE: 05/25/2021

BADGE #: 65121

PERNR: 25442

| NARRATIVE REVIEWED: Yes | REVIEWED BY STAFF: Maturino, Jonathan |
|---|---|
| REVIEWED DATE: 05/25/2021 | REVIEWED TIME: 15:32:20 |

| STAFF NAME: Aragon, Otto | NARRATIVE TYPE: Supplemental Report |
|---|---|
| CREATED DATE: 05/25/2021 | CREATED TIME: 15:35:06 |

### NARRATIVE

I cleared the Code by utilizing the institutional radio system to contact Central Control and cleared the Code.

O. Aragon
STAFF SIGNATURE

DATE: 05/25/2021

BADGE #: 65121

PERNR: 25442

| NARRATIVE REVIEWED: Yes | REVIEWED BY STAFF: Maturino, Jonathan |
|---|---|
| REVIEWED DATE: 05/27/2021 | REVIEWED TIME: 18:14:57 |

(Exhibit J) (5 Pg)

CDCR
REPORT NO. IRTR161 - 12

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000022791

PAGE:    18
PROCESSED: 10/04/2022  08:38
REQUESTOR: R. Alvarez

## STAFF NARRATIVE

**STAFF NAME:** Aragon, Otto
**CREATED DATE:** 06/14/2021

**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 07:16:03

### NARRATIVE

Why did staff who used force also escort?

Due to lack of staff, I instructed staff that utilized force to escort.

O. Aragon
STAFF SIGNATURE

**DATE:** 06/14/2021

**BADGE #:** 65121

**PERNR:** 25442

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 06/14/2021

**REVIEWED BY STAFF:** Mazariegos, Eduardo
**REVIEWED TIME:** 11:23:17

---

**STAFF NAME:** Coronado-Rodriguez, Miguel
**CREATED DATE:** 05/25/2021

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 14:12:54

### NARRATIVE

On 05/25/21 at approximately 1144 hours while performing my duties as I SEC PAT Officer in TC2. I responded to a fight in the TC2 recreation yard. Upon arrival I observed Inmates CHILDS (f14068) TC2-25L, and BROWN (BL3696) TC2-25I (which later identified by their state issued identification cards) on the ground, prone out approximately 40 feet away from each other. I ran over to Officer H.GASCA as he was standing next to inmate CHILDS and placed him in mechanical restraints (handcuffs). Officer H.GASCA conducted an clothed body search with no contraband found. SGT O.ARAGON instructed Officer H.GASCA and I to escort CHILDS to TC2 Treatment room. Officer H.GASCA and I assisted CHILDS to his feet and escorted him to the treatment room for a 7219 medical evaluation. Upon completion of the 7219 I Offered CHILDS decontamination with cool running water, and clean fresh clothing to which he declined. Officer H.GASCA and I escorted CHILDS to his assigned housing and secured and locked his door. Officer H.GASCA conducted an Un-clothed body search of Inmate CHILDS with no contraband found. I returned to my assigned duties with no further incident.

M. Coronado-Rodriguez
STAFF SIGNATURE

**DATE:** 05/25/2021

**BADGE #:** 95073

**PERNR:** 124579

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 05/25/2021

**REVIEWED BY STAFF:** Aragon, Otto
**REVIEWED TIME:** 14:41:25

62

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000022791**

**PAGE:** 19
**PROCESSED:** 10/04/2022 08:38
**REQUESTOR:** R. Alvarez

### STAFF NARRATIVE

**STAFF NAME:** Springer, Steven
**CREATED DATE:** 05/25/2021

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 13:48:23

#### NARRATIVE

On Tuesday, May 25, 2021 at approximately 1144 hours, while preforming my duties as the Psychiatric Inpatient Program, Legal Officer, I responded to an audible alarm in TC2 Yard 1. When I arrived I saw inmate Brown CDC# BL3696 and Inmate Childs CDC# F14068 (Later identified by their state identification cards) prone out on the ground. I provided cover for Officer J. Servin while he applied handcuffs on inmate Brown and performed a clothed cursory search for contraband with no contraband being found. Sergeant O. Aragon instructed Officer Servin and I to escort inmate Brown to the treatment room. Officer Servin and I then escorted inmate Brown to the treatment room for a 7219 medical evaluation. After the 7219 medical evaluation was completed, Officer Servin and I escorted inmate Brown to the C wing shower. Before placing inmate Brown in the shower I searched the shower for contraband with no contraband being found and checked that the shower provided cool copious amounts of running water with my right back hand ungloved with positive results. I performed an unclothed body search finding no contraband after the inmate was placed in the shower and the shower door was secured. Officer Servin and I offered inmate Brown clean boxers, t-shirt and pants. Inmate Brown was given a clean t-shirt, boxer and pants. After decontamination was completed, Officer Servin and I escorted inmate Brown back to his assigned cell C-16 without incident. This concludes my report.

S. Springer
**STAFF SIGNATURE**

**DATE:** 05/25/2021

**BADGE #:** 82086

**PERNR:** 80233

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 05/25/2021

**REVIEWED BY STAFF:** Aragon, Otto
**REVIEWED TIME:** 14:11:18

---

**STAFF NAME:** Gasca, Hector
**CREATED DATE:** 05/25/2021

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 15:57:56

#### NARRATIVE

On 05/25/2021 at approximately 1144 hours while conducting my duties as TC2 floor officer #1 and monitoring the morning recreational yard I utilize the institutional radio and announced a one on one fight TC2 yard. I saw Inmate Brown BL3696 TC2 C-48 striking Inmate Childs F14068 TC2 B-25 on his upper torso. Inmate Childs placed Inmate Brown in a choke hold and brought brown into a seated position as he maintained the choke hold on Inmate brown. Location of the two inmates was by the yard tables left of the yard restroom. I open the yard door and gave the two inmates multiple orders to get down. Inmates continued their actions, Inmate Childs with the choke hold on Brown and Inmate brown continued to strike Childs facial area fearing for the inmates safety and them continuing to fight I attempted to gain compliance with a lawful order, effect custody and subdue the combatants, by deploying my OC blast grenade in an underhand motion approximately 10 feet away from the inmates my point of impact was Childs feet area. Once the inmates observe me deploy my OC Blast grenade they ran away from the OC blast grenade and prone out approximately six feet away from where the OC blast grenade detonated. Due to my focus on Inmate Childs I did not observe if Inmate Brown got any exposure to the OC Blast grenade. Once it was safe and with responding staff Officer Coronado and I approached Inmate Childs. As Officer M. Coronado provided coverage I placed Inmate Childs in hand cuffs and conducted a clothed body search with no contraband being found. SGT. Aragon instructed Officer M. Coronado and I to escort Inmate Childs to TC2 treatment room. Officer M. Coronado and I assisted Inmate Childs to his feet and escorted him to TC2 treatment room for his medical evaluation 7219. Once medical evaluation was completed Inmate Childs was afforded decontamination and Inmate Childs refused decontamination. Inmate Childs was secured back on his cell, I removed hand cuffs and continued to perform an unclothed body search with no contraband being found. I returned back to my normal duties with no further incident.

H. Gasca
**STAFF SIGNATURE**

**DATE:** 05/25/2021

**BADGE #:** 77236

**PERNR:** 24633

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 05/25/2021

**REVIEWED BY STAFF:** Aragon, Otto
**REVIEWED TIME:** 16:06:28

63