UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL CHILDS,<br>　　　　Plaintiff,<br>　　v.<br>H. GASCA, et al.,<br>　　　　Defendants. | Case No. 21-cv-09466-JSW<br><br>**JUDGMENT** |

Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: August 23, 2024

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge